ALLSTATE INSURANCE COMPANY, Respondent, v MICHAEL A. MARCONE et al., Appellants, et al., Defendants.

Submitted July 17, 2006; decided September 21, 2006

Motion by Kerri Iossa for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion by Michael and Nelda Marcone for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).